No. D–1185.  IN RE DISBARMENT OF RICHARDSON.  Disbarment entered.  [For earlier order herein, see *ante,* p. 937.]

No. D–1186.  IN RE DISBARMENT OF MCGRADY.  Disbarment entered.  [For earlier order herein, see *ante,* p. 937.]

No. D–1204.  IN RE DISBARMENT OF SEARS.  Disbarment entered.  [For earlier order herein, see *ante,* p. 970.]

No. D–1210.  IN RE DISBARMENT OF WOLF.  Disbarment entered.  [For earlier order herein, see *ante,* p. 995.]

No. D–1219.  IN RE DISBARMENT OF BABIC.  It is ordered that Edward William Babic, of Newport Beach, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1220.  IN RE DISBARMENT OF SUGARMAN.  It is ordered that Alan C. Sugarman, of Boca Raton, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1221.  IN RE DISBARMENT OF TOY.  It is ordered that David Brice Toy, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1222.  IN RE DISBARMENT OF BAKER.  It is ordered that Nancy Ann Baker, of Auburn, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1223.  IN RE DISBARMENT OF THEOHAROUS.  It is ordered that Alexander Theoharous, of West Palm Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.